IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:15-CV-601-FL

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THERESA WAHOME (also known as THERESA TATE), JONATHAN WAHOME, QUATERIA McGIRT, S.M, by and through her Guardian ad Litem, SHALETIA McARTHUR, and SHALETIA McARTHUR, Individually, <br><br> Defendants. | **ORDER ALLOWING JOINT MOTION TO WAIVE MEDIATION** |

This cause was heard by the undersigned on the joint motion of Plaintiff Nationwide Mutual Insurance Company, Quateria McGirt, S.M., by and through her Guardian ad Litem, Shaletia McArthur, and Shaletia McArthur, Individually, to waive mediation in this matter. Having reviewed the motion, the court is of the opinion that the motion should be allowed.

IT IS THEREFORE ORDERED that the joint motion of Plaintiff Nationwide Mutual Insurance Company, Quateria McGirt, S.M., by and through her Guardian ad Litem, Shaletia McArthur, and Shaletia McArthur, Individually, to waive mediation in this matter is allowed.

This the 16th day of February, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge