UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| THERESA WAHOME, *also known as Theresa Tate*, JONATHAN WAHOME, QUATERIA MCGIRT, SHAWNTIA MCARTHUR, and SHALETIA MCARTHUR, | ) ) ) ) ) ) | 5:15-cv-601-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for bench trial April 1, 2019, for consideration of plaintiff's motion for judgment on partial findings and for defendants' oral motion for directed verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on September 13, 2019, and for the reasons set forth more specifically therein, the court finds and concludes plaintiff is relieved of liability under the Policy. Plaintiff's motion for judgment on partial findings is GRANTED and defendants' oral motion for directed verdict is DENIED.

**This Judgment Filed and Entered on September 27, 2018, and Copies To:**

George L. Simpson, IV (via CM/ECF Notice of Electronic Filing)
Ralph A. Hunt, Jr. / Anita B. Hunt (via CM/ECF Notice of Electronic Filing)
Theresa Wahome Tate (via US mail) 8 Bent Branch Court, Durham, NC 27704

September 13, 2019                PETER A. MOORE, JR., CLERK

                                 /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk